No. 963. KATZ *v.* STATE BOARD OF MEDICAL EXAMINERS. Sup. Ct. Fla. Certiorari denied. *Milton E. Grusmark* for petitioner. *William J. Roberts* for respondent.

No. 344. BROWN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Carl E. F. Dally* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondent.

No. 587. SHELTON *v.* STYNCHCOMBE, SHERIFF. Sup. Ct. Ga. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Pierre Howard* and *James L. Mayson* for petitioner. *Lewis R. Slaton* and *Carter Goode* for respondent.

No. 822. BOYLE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John M. Brant* for the United States.

No. 922. BURTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *J. B. Tietz* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Marshall Tamor Golding* for the United States.